UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :         Crim. No. 07-136 (DRD)

      v.                          :

JOHN MANGAN                 :         **ORDER**

      This matter having been remanded to the Court by Order of the Third Circuit Court of Appeals for resentencing, and by the United States (Ralph J. Marra, Jr., Acting United States Attorney, by Philip James Degnan, Assistant U.S. Attorney, appearing), and defendant John Mangan (James F. Gizzi, Esq., appearing), for an Order modifying defendant Mangan's Judgment signed on September 27, 2007, for the reasons stated on the record on September 21, 2009, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that:

      1.   Based upon the history and characteristics of the defendant and the terms of the plea agreement reached by the parties, defendant's previously imposed term of supervised release shall be modified and reduced to five years.

      2.   In light of the terms of the remand from the Third Circuit Court of Appeals, the special condition of supervised release relating to defendant's evaluation for and participation in mental health treatment shall be modified.

      3.   On the Government's motion, the special condition of supervised release relating to defendant's contact with minors shall be modified.

WHEREFORE, it is on this 8th day of October 2009,

ORDERED that defendant's previously imposed term of supervised release shall be reduced to five years;

IT IS FURTHER ORDERED that the special condition of supervised release relating to defendant's evaluation for and participation in mental health treatment shall be modified as follows:

> The defendant shall undergo evaluation and/or treatment in a mental health program tailored to the treatment of sex offenders, which is approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise the defendant's compliance with this condition.

IT IS FURTHER ORDERED that the first sentence of the special condition of supervised release relating to defendant's contact with minors shall be replaced with the following language:

> The defendant shall follow the directions of the U.S. Probation Office regarding any contact with children of either sex, under the age of 18, in that the defendant shall not be permitted any such contact unless such contact occurs in the presence of an adult who is familiar with defendant's criminal history.

IT IS FURTHER ORDERED that all other terms of defendant Mangan's September 27, 2007 Judgment remain as written in the original Judgment.

_____
HON. DICKINSON R. DEBEVOISE
Senior United States District Judge

2